IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

**STANLEY L. YURECK,**   )
                         )
    Plaintiff,          )
                         )
v.                       )   Civil No. **07-521-GPM**
                         )
**RONALD E. McBRIDE, and**  )
**R & R EXPRESS,**          )
                         )
    Defendants/Third Party Plaintiffs,  )
                         )
v.                       )
                         )
**BESL TRANSFER COMPANY**,  )
                         )
    Third Party Defendant.  )

## ORDER

**PROUD, Magistrate Judge**:

Before the court is Defendants' Motion to Compel Directed to Plaintiff. **(Doc. 55)**. Plaintiff has not responded, and the time for doing so has expired. The court deems the failure to respond to be an admission of the merits of the motion. SDIL-LR 7.1(g).

Upon consideration and for good cause shown, Defendants' Motion to Compel Directed to Plaintiff **(Doc. 55)** is **GRANTED**.

Plaintiff is ordered to fully answer defendants' Interrogatory Number 20; supplement his Rule 26 disclosures by itemizing his medical damages and stating the amount of the medical bills which he relates to the accident; and sign the authorization requested in defendants' Second Request for Production. Plaintiff shall comply by **April 24, 2008.**

    **IT IS SO ORDERED.**

    DATE:  April 16, 2008.

                                        **s/ Clifford J. Proud**
                                        **CLIFFORD J. PROUD**
                                        **UNITED STATES MAGISTRATE JUDGE**