## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| STANLEY L. YURECK, | ) |
| | ) |
| Plaintiff(s), | ) |
| | ) |
| vs. | ) Case No. 07-521-GPM |
| | ) |
| RONALD E. MCBRIDE, R & R | ) |
| EXPRESS, and THE BESL TRANSFER | ) |
| COMPANY, | ) |
| | ) |
| Defendants. | ) |

# JUDGMENT

**DECISION BY THE COURT:**

Before the Court is Plaintiff's Joint Motion to Dismiss with prejudice (Doc. 60). The motion is **GRANTED.** As this action has been settled in its entirety,

**IT IS ORDERED AND ADJUDGED** that, as all matters have been settled between the parties in all of their capacities, this action is **DISMISSED with prejudice** pursuant to Order filed April 22, 2008, Joint Motion to Dismiss filed April 23, 2008, and Stipulation for Dismissal filed June 5, 20080, each party to bear their own costs.

Dated: June 16, 2008

NORBERT G. JAWORKSI, Clerk of Court

By: s/ Linda M. McGovern
Deputy Clerk

Approved by:

s/ G. Patrick Murphy
**G. PATRICK MURPHY**
**UNITED STATES DISTRICT JUDGE**